**FILED**

04/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 24-0079

IN THE MATTER OF

L.S.M.,

      Respondent and Appellant.

---

## GRANT

---

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 20, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2024